Preston LLOYD, Appellant,

v.

William L. JONES, Warden, Kentucky State
Penitentiary, Appellee.

Court of Appeals of Kentucky.

Oct. 14, 1960.

Rehearing Denied Nov. 23, 1960.

Preston Lloyd, pro se, for appellant.

John B. Breckinridge, Atty. Gen., Ray
Corns, Asst. Atty. Gen., for appellee.

STANLEY, Commissioner.

The appeal by Preston Lloyd is from a
habeas corpus judgment rejecting his prayer
to be released from confinement in the Ed-
dyville penitentiary.

A copy of the judgment of the Russell
Circuit Court, dated June 13, 1957, filed
with the petition shows that the petitioner,
as defendant, pleaded guilty to the charge of
forgery and of being an habitual criminal,
as defined in KRS 431.190, and that a jury
had found him guilty as charged and fixed

his punishment at life imprisonment in the
state penitentiary.

The appellant contends that the judgment
is void because no evidence was introduced
proving his previous convictions of felonies.
The cases cited to the effect that such
charge must be established by evidence are
cases where the pleas were of not guilty.
In Nash v. Commonwealth, Ky., 272 S.W.2d
464, the reversal of a similar judgment upon
the same ground was sought. We held that
where a defendant pleads guilty to an in-
dictment containing the charge of being an
habitual criminal, the Commonwealth does
not have to prove that charge, for it is
thereby admitted.

The judgment herein is correct and is af-
firmed.

Lila HARRIS, Committee for Fonso Wright,
an Incompetent, Appellant,

v.

Sue Etta RAMEY, an Infant Suing through
Her Mother and Next Friend, Pluma
Ramey, Appellee.

Court of Appeals of Kentucky.

Oct. 21, 1960.

V. R. Bentley, Pikeville, for appellant.

F. D. Burke, Pikeville, for appellee.

PER CURIAM.

Motion for an appeal from a judgment
dismissing the complaint seeking to set
aside a former judgment awarding appel-
lee the sum of $2,160.

Upon an examination of the record we
find no merit in the grounds urged for re-
versal.

The motion for an appeal is overruled
and the judgment stands affirmed.